BEFORE THE THIRD DIVISION, DECEMBER 17, 1940

**No. 44983.**—Protest 32341-K of W. Bersch (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.

DECEMBER 14, 1940

**No. 44984.**—————Protest 984649–G of New York Merchandise Co., Inc. Application by Government for rehearing granted.

DECEMBER 11, 1940

**No. 44985.**—————*United States* v. *Guerlain, Inc.* Reap. Dec. 4680 affirmed, C. A. D. 146.

DECEMBER 12, 1940

**No. 44986.**————— *T. Middleton* v. *United States.* C. D. 103 affirmed, C. A. D. 148.